IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

**IRMA IRIS PASCUAL CUESTA**

DEBTOR

CASE NO. 12-02725/BKT

CHAPTER 7

NOTICE OF FILING OF
AMENDED SCHEDULES "B" & "C"

TO THE HONORABLE COURT:

**COMES NOW, IRMA IRIS PASCUAL CUESTA,** debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. Debtor respectfully submits *Amended Schedules "B" and "C",* dated December 15, 2014, herewith and attached to this motion.

2. These amendments to Schedules "B" & "C" are filed **to include liquidation sick and vacations leave, to state the actual car value, and to claim the correct exemptions.**

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, Irma Iris Pascual Cuesta, debtor in the above captioned case.

Page-2-
Amended Schedules "B" & "C"
Case No. 12-02725/BKT7

      **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of December, 2014.

                              **/s/ Roberto Figueroa Carrasquillo**
                              ROBERTO FIGUEROA CARRASQUILLO
                              USDC #203614
                              PO BOX 186
                              CAGUAS PR 00726-0186
                              TEL (787) 744-7699/FAX (787) 746-5294
                              EMAIL: rfigueroa@rfclawpr.com

B6B (Official Form 6B) (12/07)

IN RE PASCUAL CUESTA, IRMA IRIS  
Debtor(s)

Case No. 3:12-bk-2725  
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Banco Popular de Puerto Rico<br>Account: 4607<br>Checks | | 0.08 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Misc. Household Goods and Furnishings | | 900.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and personal effects | | 100.00 |
| 7. Furs and jewelry. | | Miscellaneus used jewerly | | 60.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE PASCUAL CUESTA, IRMA IRIS  Case No. 3:12-bk-2725
Debtor(s) (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Liquidation sick & vacations leave | | 9,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Mitsubishi Lancer<br>Mileage: 63,026<br>Vin #: JA3AJ26E86U017421 | | 4,182.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE PASCUAL CUESTA, IRMA IRIS                                              Case No. 3:12-bk-2725
                              Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 14,242.08 |

__0__ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE PASCUAL CUESTA, IRMA IRIS
           Debtor(s)

Case No. 3:12-bk-2725
                  (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Banco Popular de Puerto Rico Account: 4607 Checks | 11 USC § 522(d)(5) | 0.08 | 0.08 |
| Misc. Household Goods and Furnishings | 11 USC § 522(d)(3) | 900.00 | 900.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| Miscellaneus used jewerly | 11 USC § 522(d)(4) | 60.00 | 60.00 |
| Liquidation sick & vacations leave | 11 USC § 522(d)(5) | 9,000.00 | 9,000.00 |
| 2006 Mitsubishi Lancer Mileage: 63,026 Vin #: JA3AJ26E86U017421 | 11 USC § 522(d)(2) 11 USC § 522(d)(5) | 3,675.00 507.00 | 4,182.00 |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE PASCUAL CUESTA, IRMA IRIS                              Case No. 3:12-bk-2725
                    Debtor(s)                                                (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR  Sch "B" & "C"

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 15, 2014**          Signature: **/s/ IRMA IRIS PASCUAL CUESTA**
                                                **IRMA IRIS PASCUAL CUESTA**
                                                                                          Debtor

Date: _____          Signature: _____
                                                                              (Joint Debtor, if any)
                                                    [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                         _____
                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Label Matrix for local noticing          MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP   UNITED STATES TRUSTEE
0104-3                                   PO BOX 268941                                500 TANCA ST STE 301
Case 12-02725-BKT7                       OKLAHOMA CITY, OK 73126-8941                 SAN JUAN, PR 00901-1922
District of Puerto Rico
Old San Juan
Fri Dec 12 15:44:37 AST 2014

US Bankruptcy Court District of P.R.     ASOCIACION DE EMPLEADOS DE GOBIERNO DE PR    ASOCIACION EMPLEADOS ELA
Jose V Toledo Fed Bldg & US Courthouse   P.O. BOX 364508                              PO BOX 364508
300 Recinto Sur Street, Room 109         SAN JUAN PUERTO RICO 00936-4508              SAN JUAN, PR  00936-4508
San Juan, PR 00901-1964


CLARO                                    ISLAND FINANCE                               LEONARD & ASSOCIATES PSC
PO BOX 360998                            PO BOX 195369                                PO BOX 366220
SAN JUAN, PR  00936-0998                 SAN JUAN, PR  00919-5369                     SAN JUAN, PR  00936-6220


MONEY EXPRESS                            Midland Funding LLC                          OPERATING PARTNERS
PO BOX 9146                              by American InfoSource LP as agent           PO BOX 194499
SAN JUAN, PR  00908-0146                 PO Box 268941                                SAN JUAN, PR  00919-4499
                                         Oklahoma City, OK  73126-8941


PR ACQUISITIONS LLC                      IRMA IRIS PASCUAL CUESTA                     MONSITA LECAROZ ARRIBAS
250 MUNOZ RIVERA AVENUE SUITE 1200       PO BOX 3494                                  OFFICE OF THE US TRUSTEE (UST)
SAN JUAN PR 00918-1814                   JUNCOS, PR 00777-6494                        OCHOA BUILDING
                                                                                      500 TANCA STREET  SUITE 301
                                                                                      SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO            WIGBERTO LUGO MENDER                         End of Label Matrix
PO BOX 186                               LUGO MENDER & CO                             Mailable recipients    16
CAGUAS, PR 00726-0186                    CENTRO INTERNACIONAL DE MERCADEO             Bypassed recipients     0
                                         CARR 165 TORRE 1 SUITE 501                   Total                  16
                                         GUAYNABO, PR 00968
```